**Opinion filed November 29, 2012**



## In The

# Eleventh Court of Appeals

_____

## No. 11-12-00291-CR

_____

**JOSE ANTONIO GUERRERO-YANEZ, Appellant**
**V.**
**STATE OF TEXAS, Appellee**

**On Appeal from the 19th District Court**
**McLennan County, Texas**
**Trial Court Cause No. 2011-2504-C1**

### M E M O R A N D U M   O P I N I O N

Jose Antonio Guerrero-Yanez has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.

PER CURIAM

November 29, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Hill.[1]

---

[1]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.